UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,** | CASE NO. 2:17-cv- 01717-MCE-GGH |
| Plaintiff, | **ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | Complaint Served:          Sept. 6, 2017<br>Initial Response Date:     Sept. 27, 2017<br>1st Extended Response Date: Oct. 25, 2017<br>**Current Response Date:    Nov. 6, 2017** |
| **MICHELLE MEISHENG LAU, GANG ZHAO DONG, Dr. TIMOTHY W WING, DDS and Does 1-10,** | |
| Defendants**.** | Trial Date:      Not Assigned<br>District Judge: Morrison C. England, Jr |

Upon considering the parties' Stipulation and Request to Extend Time to file an answer to Initial Complaint:

IT IS HEREBY ORDERED THAT the deadline for defendant Dr. Timothy W. Wing, D.D.S. in this case shall be extended to **November 6, 2017**.

IT IS SO ORDERED.

Dated:  October 30, 2017

_____

MORRISON C. ENGLAND, JR

UNITED STATES DISTRICT JUDGE